

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Kirk Wayne Worthington,                    * From the 104th District Court
                                        of Taylor County, Texas
                                        Trial Court No. 18187B.

Vs. No. 11-15-00156-CR                   * July 23, 2015

The State of Texas,                        * Per Curiam Memorandum Opinion
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.